**File Hashes for IP Address 71.201.220.176**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/21/2015 23:44:31 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 02/16/2015 21:47:03 | 1AC522C5FE11B932CFB6C8EE9F1A2AFEDF8447D2 | Never Better |
| 02/16/2015 06:35:38 | 8F841D13D963CAEAB09C1B9449CC3C4E08D551B0 | The Studio Part #2 |
| 02/16/2015 06:24:48 | 99209B15E04D8A1DECCDF27622CADD3303202028 | So Cute |
| 02/16/2015 06:16:46 | BC6913AC12527828841169B894D4B3E625591672 | Good Night Kiss |
| 02/16/2015 06:04:07 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 02/16/2015 06:03:08 | 2D865BB2C75D29F17F7515983A96F7EF18FDE512 | Bring Me To My Knees |
| 01/29/2015 22:02:17 | 6FCB4053195BC73B780B25F9109D1AD4AADC61D0 | Sweetest Dreams |

**Total Statutory Claims Against Defendant: 134**

EXHIBIT A

NIL513